AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Patent Armory Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   6:23-cv-00326 |
| OnePlus Technology (Shenzhen) Co., Ltd. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Patent Armory Inc.

Date:  05/05/2023

/s/ Isaac Rabicoff
*Attorney's signature*

Isaac Rabicoff
*Printed name and bar number*

Rabicoff Law LLC
600 Mamaroneck Ave STE 400, Harrison, NY 10528
7736694590
*Address*

isaac@rabilaw.com
*E-mail address*

(773) 669-4590
*Telephone number*

*FAX number*