AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

|  |  |
|---|---|
| Patent Armory Inc. <br><br> *Plaintiff(s)* <br> v. <br><br> OnePlus Technology (Shenzhen) Co., Ltd. <br><br> *Defendant(s)* | Civil Action No. 6:23-cv-00326 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> OnePlus Technology (Shenzhen) Co., Ltd.
> 18F, Tairan Building, Block C, Tairan 8th Road
> Chegongmiao, Futian District Shenzhen
> Guangdong, 518040, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Isaac Rabicoff
> Rabicoff Law LLC
> 600 Mamaroneck Ave STE 400
> Harrison, NY 10528

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/08/2023

*L Diaz*

*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 6:23-CV-00327-ADA

Plaintiff:
Patent Armory Inc.

vs.

Defendant:
OnePlus Technology (Shenzhen) Co., Ltd.

For:
Rabicoff Law LLC
5680 King Centre Dr.
Suite 645
Alexandria, VA 22315

Received by Mike Techow on the 9th day of May, 2023 at 3:58 pm to be served on OnePlus Technology (Shenzhen) Co., Ltd. by serving The Texas Secretary of State, 1019 Brazos St, Austin, Travis County, TX 78701.

I, Mike Techow, being duly sworn, depose and say that on the 10th day of May, 2023 at 3:00 pm, I:

delivered to a CORPORATION BY AND THROUGH ITS REGISTERED AGENT, by delivering a true copy of the 2 Copies - Summons in a Civil Action, Complaint for Patent Infringement with Exhibits and Civil Cover Sheet with a $65.00 Texas Secretary of State Filing Fee with the date of service endorsed thereon by me, to: Venita Moss, The Texas Secretary of State as Authorized Agent at the address of: 1019 Brazos St, Austin, Travis County, TX 78701 on behalf of OnePlus Technology (Shenzhen) Co., Ltd., and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 50, Sex: F, Race/Skin Color: Black, Height: 5'8, Weight: 200, Hair: Black, Glasses: N

I certify that I am over the age of 18, I am not a party to the suit, and I am a disinterested person with no interest in the outcome of the suit. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes. The facts stated in this affidavit are within my personal knowledge and are true and correct.

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on May 10, 2023 by Mike Techow, declarant.

Subscribed and Sworn to before me on the 10th day of May, 2023 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

CORRA ROSE HELT
Notary Public, State of Texas
Comm. Expires 03-08-2027
Notary ID 134241961

Mike Techow
PSC-1215, Exp. 7/31/2024

Inter County Judicial Services LLC (North White Plains, NY)
901 North Broadway
Ste 18
North White Plains, NY 10603
(516) 248-8270

Our Job Serial Number: MST-2023004705
Ref: 2326004