UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Patent Armory Inc.,**<br><br>Plaintiff,<br><br>v.<br><br>**OnePlus Technology (Shenzhen) Co., Ltd.,**<br><br>Defendant. | Case No. 6:23-cv-00327-ADA<br><br>Jury Trial Demanded |

### NOTICE OF AGREED EXTENSION OF TIME FOR DEFENDANT ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD. TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiff Patent Armory Inc. ("Plaintiff") files this Notice of Agreed Extension of Time for OnePlus Technology (Shenzhen) Co., Ltd. ("Defendant") to Answer, Move or Otherwise Respond to the Complaint pursuant to the Court's March 7, 2022 Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines.

In accordance with that order, Plaintiff provides notice that the parties have agreed to extend the deadline for Defendant to answer, move, or otherwise respond to the Complaint by 30 days, making the new deadline June 30, 2023. This extension does not currently and is not expected to change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Dated: May 26, 2023

Respectfully submitted,

*/s/ Isaac Rabicoff*
Isaac Rabicoff
Rabicoff Law LLC
600 Mamaroneck Ave STE 400
Harrison, NY 10528
773-669-4590
isaac@rabilaw.com

1

**Counsel for Plaintiff**
**Patent Armory Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2023, a true and correct copy of the foregoing document was served on all counsel of record who have appeared in this case via the Court's CM/ECF system per Local Rule CV-5.

                                               */s/ Isaac Rabicoff*
                                               Isaac Rabicoff