Exhibit 8

**Infringement Claim Chart for U.S. Pat. No. US10237420B1 v. OnePlus ("Defendant")**

| Claim 20 | Evidence |
|---|---|
| 20. A method of processing requests, comprising: | The OnePlus customer service platform performs a method of processing requests.<br><br>For example, the customer service platform performs a method of connecting requests for assistance, made by callers, to agents that provide the assistance.<br><br>**Contact us**<br>Need some help? Ask a question, visit OnePlus Support to quickly get your answers.<br><br>Source: https://service.oneplus.com/us/contact<br><br>**Contact us**<br>Looking for support with a personal touch? Feel free to give us a call, send us an email, or start a chat with us for further support. Learn more about our Privacy Policy.<br><br>Chat with us<br>Available: 9 am - 9 pm EST, Mon to Fri;<br>10 am - 8 pm EST, Sat to Sun<br><br>**Call us**<br>+1 (833) 777-3633<br>9 am - 9 pm EST, Mon to Fri;<br>10 am - 8 pm EST, Sat to Sun<br><br>**Email us**<br>Send us an email<br>We'll get back to you within 48 hours of receiving your request.<br><br>Source: https://service.oneplus.com/us |
| estimating at least one content-specific or requestor-specific characteristic associated with each received request; | The OnePlus customer service platform estimates a content-specific or a requestor-specific characteristic associated with each received request.<br><br>For example, the customer service platform uses information provided by the caller, such as through interactive voice responses, email and chatbots to determine the nature of the call. |

1

### Send us an Email

Please fill out the form below and we will reply by email within 48 hours

* Email address

* Your name

Model

* Product

Select a product

* Category

Select a category

* Subject

Source: https://oneplus.custhelp.com/app/ask?_ga=2.39319779.1552036603.1687505539-359491989.1687505538

| | |
|---|---|
| |   Source: https://service.oneplus.com/us |
| determining availability of a plurality of alternate target resources, each respective target resource having at least one respective target characteristic; | The OnePlus customer service platform determines the availability of multiple alternate target resources, each of which has a target characteristic.  For example, the customer service platform determines agents that are available to handle the call based, at least in part, on the current availability and skill set of each agent.  Source: https://service.oneplus.com/us |

| | |
|---|---|
| | 

Source: https://service.oneplus.com/us |
| evaluating, with at least one automated proce | The OnePlus customer service platform evaluates, with an automated processor, multiple alternate allocations of the received request with different available targets. The evaluation is done according to a ranking that is dependent on a probabilistic |

4

| | |
|---|---|
| ssor, a plurality of alternate allocations of the respective received request with different available targets, according to a ranking dependent on a probabilistic predictivemultivariate evaluator, based on the at least one content-specific or requestor-specific characteristic, and the respective target characteristics of the plurality of alternate target resources; and | predictive multivariate evaluator. The evaluator is based on the content-specific or requestor-specific characteristic, and the respective target characteristic of the multiple alternate target resources.<br><br>For example, the customer service platform uses the nature of the call and the availability and skill set of the agents to determine which possible allocation of the call to a given agent will have the best likelihood of a positive outcome for the caller.<br><br><br><br>Source: https://service.oneplus.com/us |

| | |
|---|---|
| | **Service Fulfilment Process**<br>8.1. Servify provides services through Pick/Drop Support ("PUDO") Service for the Registered Device, for serviceable locations, for the rest you may visit the nearest OnePlus Authorized Service Centre as indicated in the OnePlus Care App once the approval is provided. You are required to wait until Servify confirms in writing via an email or on a voice call on your registered number or provides an update on the app or on its Consumer Web Portal about the status of the Repair Request and the next steps expected. Service will be performed at the OnePlus Authorized Service Centres after verification of the entitlement and validity of the Plan. Once you are notified & that the service is complete, you will promptly be notified via the OnePlus Care App & Servify Consumer Web Portal. The repaired device will be delivered to the address of initial pickup after completion of repair if PUDO service is availed. In case, the PUDO service is not available, you will have to send the dispatch on "To Pay" basis to Servify's central service hub, details of which will be communicated to you accordingly by Servify<br><br>Source: https://images-eu.ssl-images-amazon.com/images/I/71XtO6s-l8S.pdf |
| generating a control signal, by the at least one automated processor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available targets. | The automated processor of the OnePlus customer service platform generates a control signal to control the allocation of the received request with the different available targets. Generation of the control signal is selectively dependent on the evaluation result.<br><br>For example, the customer service platform generates a control signal to connect the call with the agent who is most likely to result in a positive outcome for the caller in view of other factors such as overall throughput of the customer service platform and the priority and requirements of other concurrent calls.<br><br>**Contact us**<br><br>Looking for support with a personal touch? Feel free to give us a call, send us an email, or start a chat with us for further support. Learn more about our Privacy Policy.<br><br>Source: https://service.oneplus.com/us |

| | |
|---|---|
| | **Service Fulfilment Process**<br>8.1. Servify provides services through Pick/Drop Support ("PUDO") Service for the Registered Device, for serviceable locations, for the rest you may visit the nearest OnePlus Authorized Service Centre as indicated in the OnePlus Care App once the approval is provided. You are required to wait until Servify confirms in writing via an email or on a voice call on your registered number or provides an update on the app or on its Consumer Web Portal about the status of the Repair Request and the next steps expected. Service will be performed at the OnePlus Authorized Service Centres after verification of the entitlement and validity of the Plan. Once you are notified & that the service is complete, you will promptly be notified via the OnePlus Care App & Servify Consumer Web Portal. The repaired device will be delivered to the address of initial pickup after completion of repair if PUDO service is availed. In case, the PUDO service is not available, you will have to send the dispatch on "To Pay" basis to Servify's central service hub, details of which will be communicated to you accordingly by Servify<br><br>Source: https://images-eu.ssl-images-amazon.com/images/I/71XtO6s-l8S.pdf |

7