Exhibit 9

**Infringement Claim Chart for U.S. Pat. No. US10491748B1 v. OnePlus**
(**"Defendant"**)

| Claim11 | Evidence |
|---|---|
| 11. A method for assigning communications, comprising: | The OnePlus customer service platform performs a method for assigning communications.<br><br>For example, the OnePlus customer service platform assigns incoming calls (including SMS and live chats) to call center agents.<br><br><br><br>Source: Contact us (oneplus.com) |

## Chat with us

To start a chat, please provide us the following information.

* Email address *

* Your name *

* Category *

Select a category                                           ▾

☐ I agree to have my personal data processed by OnePlus for Chat
   support. Please see our User agreement & Privacy Policy here.

**Submit**

## Chat with us

To start a chat, please provide us the following information.

* Email address *

* Your name *

* Category *

Select a category

All Categories

▸ Purchase & Order & Shipping

▸ After Sales

▸ Red Cable Club/Membership

▸ OnePlus Account

Source: Live Chat - OnePlus (custhelp.com)

| | |
|---|---|
| receiving a plurality of respective communications for association with a respective resource selected from a plurality of resources; | The OnePlus customer service platform receives multiple respective communications that are to be associated with a respective resource selected from multiple resources.<br><br>For example, the OnePlus customer service platform receives multiple incoming calls (e.g. including phone calls, SMS and live chats) from customers requesting support or information. Each incoming call is to be assigned, by the customer service platform, to a call center agent who can help the customer with the customer's request.<br><br><br><br>Source: Contact us (oneplus.com) |

## Chat with us

To start a chat, please provide us the following information.

* Email address *

* Your name *

* Category *

Select a category ▾

☐ I agree to have my personal data processed by OnePlus for Chat support. Please see our **User agreement** & **Privacy Policy** here.

**Submit**

Source: Live Chat - OnePlus (custhelp.com)

| | |
|---|---|
| identifying a plurality of resources available | The OnePlus customer service platform identifies multiple resources that are available for association with a respective communication and are capable of handling the respective communication. Each available resource has a limited quantitative capacity for association with multiple communications and an |

| | |
|---|---|
| for association with a respective communication and capable of handling the respective communication, each available resource having a limited quantitative capacity for association with multiple communications and an availability state; | availability state.<br><br>For example, the OnePlus customer service platform uses one or more of interactive voice response (e.g. language), caller identification (e.g. user account profile) and customer relationship management information to determine the nature of a call and thereby, the required skill of a call center agent to handle the call. Based on the required skill set, the customer service platform identifies call center agents (i.e. resources) who possess the skill set and are therefore capable of handling the call. Those identified agents who are immediately, or will soon be, available to handle the call are deemed by the customer service platform to be available to handle the call. Each call center agent is typically handling only one call at any moment but can be assigned to multiple calls that are waiting in a queue, the size of which is dependent on various factors (e.g. call volume during peak season).<br><br><br><br>Source: Contact us (oneplus.com) |

## Chat with us

To start a chat, please provide us the following information.

* Email address *

* Your name *

* Category *

Select a category ▾

☐ I agree to have my personal data processed by OnePlus for Chat
support. Please see our User agreement & Privacy Policy here.

Submit

## Chat with us

To start a chat, please provide us the following information.

* Email address *

* Your name *

* Category *

Select a category

All Categories

▸ Purchase & Order & Shipping

▸ After Sales

▸ Red Cable Club/Membership

▸ OnePlus Account

Source: Live Chat - OnePlus (custhelp.com)

**OnePlus Customer Service**

| Customer Care Number | 1800 102 8411 (Toll Free) |
| Call Center Hours | 9:00 am – 9:00 pm, Mon to Sun |
| Navigate to a Human | Press1 for English, Press 2 for Hindi, Press 1 for OnePlus Mobile, Press 2 for OnePlus TVs, Press 3 for OnePlus Protection Man |
| Average Wait Time | 1- 2 Minutes |
| Customer Service Email | support.in@oneplus.com |

Source: OnePlus Customer Service & Service Center Details - OnePlus Appliances & Mobile - Best Service Near Me (1stbestservice.com)

# OnePlus Chose Zendesk for its Global Omnichannel solution

Providing omnichannel support through a central solution has helped OnePlus adhere to its first response times and maintain consistently high CSAT ratings. Additionally, the team has achieved a one-touch resolution rate of 86 per cent. Agents are empowered to go beyond simply answering questions over the phone and instead develop relationships with customers, sometimes to the degree that customers will call and ask specifically to speak with an agent they already know.

Source: OnePlus Chose Zendesk for its Global Omnichannel solution - PCQuest

**Meet Zendesk AI**

AI is here to stay, but only Zendesk makes it easy to start. Better support, workflows and routing—right out of the box.

"We love Zendesk because their API allows us to explore ways to get customer data in front of agents in ways that create a smoother, more personalised experience."

Source: Zendesk: Customer Service Software and Sales CRM | Best in 2023 | Zendesk India

| | |
|---|---|
| calculating a respective score associated with each available resource dependent on the availability state of a respective available resource; | The OnePlus customer service platform calculates a respective score associated with each available resource dependent on the availability state of a respective available resource.<br><br>For example, for each available agent, the OnePlus customer service platform determines an estimated wait time that the caller will remain in a queue or on-hold before the agent can take the call (e.g. to prioritize urgent communications).<br><br><br><br>Source: Contact us (oneplus.com) |





Source: Live Chat - OnePlus (custhelp.com)

**OnePlus Customer Service**

| | |
|---|---|
| Customer Care Number | 1800 102 8411 (Toll Free) |
| Call Center Hours | 9:00 am – 9:00 pm, Mon to Sun |
| Navigate to a Human | Press1 for English, Press 2 for Hindi, Press 1 for OnePlus Mobile, Press 2 for OnePlus TVs, Press 3 for OnePlus Protection Man |
| Average Wait Time | 1- 2 Minutes |
| Customer Service Email | support.in@oneplus.com |

Source: OnePlus Customer Service & Service Center Details - OnePlus Appliances & Mobile - Best Service Near Me (1stbestservice.com)

# OnePlus Chose Zendesk for its Global Omnichannel solution

Providing omnichannel support through a central solution has helped OnePlus adhere to its first response times and maintain consistently high CSAT ratings. Additionally, the team has achieved a one-touch resolution rate of 86 per cent. Agents are empowered to go beyond simply answering questions over the phone and instead develop relationships with customers, sometimes to the degree that customers will call and ask specifically to speak with an agent they already know.

Source: OnePlus Chose Zendesk for its Global Omnichannel solution - PCQuest

## Meet Zendesk AI

AI is here to stay, but only Zendesk makes it easy to start. Better support, workflows and routing—right out of the box.

"We love Zendesk because their API allows us to explore ways to get customer data in front of agents in ways that create a smoother, more personalised experience."

Source: [Zendesk: Customer Service Software and Sales CRM | Best in 2023 | Zendesk India](#)

| | |
|---|---|
| estimating an expected economic value to be obtained by associating each respective communication with each respective available resource, dependent on at least the score and a respective communication-content dependent value function of an outcome of a respective | The OnePlus customer service platform estimates an expected economic value to be obtained by associating each respective communication with each respective available resource. The estimated economic value is dependent on at least the score and a respective communication-content dependent value function of an outcome of a respective communication associated with a respective available resource.<br><br>For example, for a given call, the OnePlus customer service platform determines, from the group of available agents, an appropriate agent for handling the call. This determination is dependent on the estimated wait time before the call is routed to the particular agent and how well the requirements of the call match the skill profile of the particular agent. |

| communication associated with a respective available resource; and |  |
| --- | --- |
| | Source: Contact us (oneplus.com) |





Source: Live Chat - OnePlus (custhelp.com)

**OnePlus Customer Service**

| | |
|---|---|
| Customer Care Number | 1800 102 8411 (Toll Free) |
| Call Center Hours | 9:00 am – 9:00 pm, Mon to Sun |
| Navigate to a Human | Press1 for English, Press 2 for Hindi, Press 1 for OnePlus Mobile, Press 2 for OnePlus TVs, Press 3 for OnePlus Protection Man |
| Average Wait Time | 1- 2 Minutes |
| Customer Service Email | support.in@oneplus.com |

Source: OnePlus Customer Service & Service Center Details - OnePlus Appliances & Mobile - Best Service Near Me (1stbestservice.com)

# OnePlus Chose Zendesk for its Global Omnichannel solution

Providing omnichannel support through a central solution has helped OnePlus adhere to its first response times and maintain consistently high CSAT ratings. Additionally, the team has achieved a one-touch resolution rate of 86 per cent. Agents are empowered to go beyond simply answering questions over the phone and instead develop relationships with customers, sometimes to the degree that customers will call and ask specifically to speak with an agent they already know.

Source: OnePlus Chose Zendesk for its Global Omnichannel solution - PCQuest

# Meet Zendesk AI

AI is here to stay, but only Zendesk makes it easy to start. Better support, workflows and routing—right out of the box.

"We love Zendesk because their API allows us to explore ways to get customer data in front of agents in ways that create a smoother, more personalised experience."

Source: Zendesk: Customer Service Software and Sales CRM | Best in 2023 | Zendesk India

| | |
|---|---|
| assigning each of the plurality of respective communications to one of the plurality of resources based on at least the estimated expected economic value to be obtained by associating each respective communication with each respective resource. | The OnePlus customer service platform assigns each of the multiple respective communications to one of the multiple resources based on at least the estimated expected economic value to be obtained by associating each respective communication with each respective resource.<br><br>For example, based on the estimated expected economic value by Customer satisfaction (CSAT) survey of Zendesk Omnichannel support, the OnePlus Customer Service system selects a call center agent to handle the call and connects that agent with the caller. |



Source: Contact us (oneplus.com)





Source: Live Chat - OnePlus (custhelp.com)

**OnePlus Customer Service**

| | |
|---|---|
| Customer Care Number | 1800 102 8411 (Toll Free) |
| Call Center Hours | 9:00 am – 9:00 pm, Mon to Sun |
| Navigate to a Human | Press1 for English, Press 2 for Hindi, Press 1 for OnePlus Mobile, Press 2 for OnePlus TVs, Press 3 for OnePlus Protection Man |
| Average Wait Time | 1- 2 Minutes |
| Customer Service Email | support.in@oneplus.com |

Source: OnePlus Customer Service & Service Center Details - OnePlus Appliances & Mobile - Best Service Near Me (1stbestservice.com)

# OnePlus Chose Zendesk for its Global Omnichannel solution

Providing omnichannel support through a central solution has helped OnePlus adhere to its first response times and maintain consistently high CSAT ratings. Additionally, the team has achieved a one-touch resolution rate of 86 per cent. Agents are empowered to go beyond simply answering questions over the phone and instead develop relationships with customers, sometimes to the degree that customers will call and ask specifically to speak with an agent they already know.

Source: OnePlus Chose Zendesk for its Global Omnichannel solution - PCQuest

27

## Meet Zendesk AI

AI is here to stay, but only Zendesk makes it easy to start. Better support, workflows and routing—right out of the box.

"We love Zendesk because their API allows us to explore ways to get customer data in front of agents in ways that create a smoother, more personalised experience."

|  |  |
|  | ## Keep costs low |
|  | You do not need a developer army to start using Zendesk or an influx of agents to keep using it. Efficiency and automation are fixed features. |
|  | Source: Zendesk: Customer Service Software and Sales CRM \| Best in 2023 \| Zendesk India |