Exhibit 11

## Infringement Claim Chart for U.S. Pat. No. US7269253B1 v. OnePlus ("Defendant")

| Claim 10 | Evidence |
|---|---|
| 10. A communications method comprising: | The OnePlus Customer Service performs a method for communicating in a communication network.<br><br>For Example, OnePlus Customer Service performs a method of communicating by establishing, over a communication network, a call between callers with a request to the appropriate department for assistance.<br><br><br><br>Source: Contact us (oneplus.com) |





Source: Live Chat - OnePlus (custhelp.com)

| (a) receiving a plurality of communications, each having associated classification information; | The OnePlus Customer Service receives a plurality of communications, each having associated classification information.<br><br>For example, OnePlus Customer Service receives calls from multiple callers. For each call, a user provides information about the nature of the call by selecting the appropriate department from the given choices via keypad entry. The responses are used to classify the call.<br><br><br><br>Source: Contact us (oneplus.com) |



## Chat with us

To start a chat, please provide us the following information.

* Email address *

* Your name *

* Category *

Select a category ▾

All Categories

▸ Purchase & Order & Shipping

▸ After Sales

▸ Red Cable Club/Membership

▸ OnePlus Account

Source: Live Chat - OnePlus (custhelp.com)

| (b) storing information representing characteristics of at least three potential targets; and | The OnePlus Customer Service maintains information about potential targets that includes support agents, departments, or specific resources capable of handling different types of inquiries.<br><br>For example, OnePlus Customer Service stores information about the skill set possessed by agents who are potential targets of the call. OnePlus employs numerous agents, at least three of which possess the skill set required by the call.<br><br><br><br>Source: Contact us (oneplus.com) |



## Chat with us

To start a chat, please provide us the following information.

* Email address *

* Your name *

* Category *

Select a category

All Categories

▸ Purchase & Order & Shipping

▸ After Sales

▸ Red Cable Club/Membership

▸ OnePlus Account

Source: Live Chat - OnePlus (custhelp.com)

| | |
|---|---|
| (c) determining, in a combinatorial optimization, an optimum target for each communication based on the communication classification, and target characteristics. | The OnePlus Customer Service determines an optimum target for each communication based on the communication classification and target characteristics using a combinatorial optimization comparing at least three potential targets.<br><br>For example, OnePlus Customer Service analyses the caller selection to determine one or more skills that an agent who is selected to receive the call should have in order to provide the caller with the requested assistance. The system determines the potential agent based on the communication classification and performs automated skill-based routing of calls using Zendesk Omnichannel support (i.e., a combinatorial optimization).<br><br><br><br>Source: Contact us (oneplus.com) |

## Chat with us

To start a chat, please provide us the following information.

\* Email address \*

\* Your name \*

\* Category \*

Select a category

☐ I agree to have my personal data processed by OnePlus for Chat support. Please see our **User agreement** & **Privacy Policy** here.

Submit

### Chat with us

To start a chat, please provide us the following information.

* Email address *

* Your name *

* Category *

Select a category ▾

All Categories

▸ Purchase & Order & Shipping

▸ After Sales

▸ Red Cable Club/Membership

▸ OnePlus Account

Source: Live Chat - OnePlus (custhelp.com)

**OnePlus Customer Service**

| | |
|---|---|
| Customer Care Number | 1800 102 8411 (Toll Free) |
| Call Center Hours | 9:00 am – 9:00 pm, Mon to Sun |
| Navigate to a Human | Press1 for English, Press 2 for Hindi, Press 1 for OnePlus Mobile, Press 2 for OnePlus TVs, Press 3 for OnePlus Protection Man |
| Average Wait Time | 1- 2 Minutes |
| Customer Service Email | support.in@oneplus.com |

Source: OnePlus Customer Service & Service Center Details - OnePlus Appliances & Mobile - Best Service Near Me (1stbestservice.com)

# OnePlus Chose Zendesk for its Global Omnichannel solution

Providing omnichannel support through a central solution has helped OnePlus adhere to its first response times and maintain consistently high CSAT ratings. Additionally, the team has achieved a one-touch resolution rate of 86 per cent. Agents are empowered to go beyond simply answering questions over the phone and instead develop relationships with customers, sometimes to the degree that customers will call and ask specifically to speak with an agent they already know.

Source: OnePlus Chose Zendesk for its Global Omnichannel solution - PCQuest