Exhibit 14

**Infringement Claim Chart for U.S. Pat. No. US9456086B1 v. OnePlus**
("Defendant")

| Claim11 | Evidence |
|---|---|
| 11. A method for matching a first entity with a second entity, comprising: | The OnePlus Customer Support Service system with intelligent routing performs a method of matching a first entity with a second entity.<br><br>For example, the OnePlus Customer Support Service system matches an incoming call, which is the first entity, to a call center agent, which is the second entity.<br><br><br><br>Source: Contact us (oneplus.com) |

## Chat with us

To start a chat, please provide us the following information.

* Email address *

* Your name *

* Category *

Select a category ▾

☐ I agree to have my personal data processed by OnePlus for Chat support. Please see our **User agreement** & **Privacy Policy** here.

Submit

## Chat with us

To start a chat, please provide us the following information.

\* Email address \*

\* Your name \*

\* Category \*

Select a category

All Categories

▸ Purchase & Order & Shipping

▸ After Sales

▸ Red Cable Club/Membership

▸ OnePlus Account

Source: Live Chat - OnePlus (custhelp.com)

| storing a plurality of multivalued scalar data representing inferential targeting parameters for the first entity; | The OnePlus Customer Support Service system with intelligent routing stores a plurality of multivalued scalar data representing inferential targeting parameters for the first entity.<br><br>For example, the OnePlus Customer Support Service system uses one or more of: interactive voice response (IVR), keypad menus, caller identification and customer relationship management (CRM) information to determine the nature of a call and thereby, the required characteristics of a call center agent to handle the call.  These required agent characteristics include one or more of: skills and respective skill levels, the agent's location, prior call history with calls of the same nature. These required characteristics are represented by Zendesk Omnichannel support comprising a plurality of multivalued scalar data, which is stored and used, by the OnePlus Customer Support Service system, as inferential, or intelligent, targeting parameters for routing the call to an appropriate call center agent.<br><br><br><br>Source: Contact us (oneplus.com) |

Chat with us

To start a chat, please provide us the following information.

* Email address *

* Your name *

* Category *

Select a category

☐ I agree to have my personal data processed by OnePlus for Chat support. Please see our User agreement & Privacy Policy here.

Submit

## Chat with us

To start a chat, please provide us the following information.

* Email address *

* Your name *

* Category *

Select a category

All Categories

▸ Purchase & Order & Shipping

▸ After Sales

▸ Red Cable Club/Membership

▸ OnePlus Account

Source: Live Chat - OnePlus (custhelp.com)

**OnePlus Customer Service**

| | |
|---|---|
| Customer Care Number | 1800 102 8411 (Toll Free) |
| Call Center Hours | 9:00 am – 9:00 pm, Mon to Sun |
| Navigate to a Human | Press1 for English, Press 2 for Hindi, Press 1 for OnePlus Mobile, Press 2 for OnePlus TVs, Press 3 for OnePlus Protection Man |
| Average Wait Time | 1- 2 Minutes |
| Customer Service Email | support.in@oneplus.com |

Source: OnePlus Customer Service & Service Center Details - OnePlus Appliances & Mobile - Best Service Near Me (1stbestservice.com)

# OnePlus Chose Zendesk for its Global Omnichannel solution

Providing omnichannel support through a central solution has helped OnePlus adhere to its first response times and maintain consistently high CSAT ratings. Additionally, the team has achieved a one-touch resolution rate of 86 per cent. Agents are empowered to go beyond simply answering questions over the phone and instead develop relationships with customers, sometimes to the degree that customers will call and ask specifically to speak with an agent they already know.

Source: OnePlus Chose Zendesk for its Global Omnichannel solution - PCQuest

## Meet Zendesk AI

AI is here to stay, but only Zendesk makes it easy to start. Better support, workflows and routing—right out of the box.

"We love Zendesk because their API allows us to explore ways to get customer data in front of agents in ways that create a smoother, more personalised experience."

Source: [Zendesk: Customer Service Software and Sales CRM | Best in 2023 | Zendesk India](#)

| storing a plurality of multivalued scalar data of each of the plurality of second entities, representing inferential targeting parameters for a plurality of second entities; | The OnePlus Customer Support Service system with intelligent routing stores a plurality of multivalued scalar data of each of the plurality of second entities, representing inferential targeting parameters for a plurality of second entities.<br><br>For example, the OnePlus Customer Support Service system stores the respective characteristics of multiple call center agents. These agent characteristics include one or more of: skills and respective skill levels, the agent's location, and the agent's prior history with handling calls of a specific nature. The agent characteristics are represented by Zendesk Omnichannel support comprising a plurality of multivalued scalar data and are used, by the OnePlus Customer Support Service system, as inferential targeting parameters for routing the call to an appropriate call center agent.<br><br><br><br>Source: Contact us (oneplus.com) |





Source: Live Chat - OnePlus (custhelp.com)

**OnePlus Customer Service**

| | |
|---|---|
| Customer Care Number | 1800 102 8411 (Toll Free) |
| Call Center Hours | 9:00 am – 9:00 pm, Mon to Sun |
| Navigate to a Human | Press1 for English, Press 2 for Hindi, Press 1 for OnePlus Mobile, Press 2 for OnePlus TVs, Press 3 for OnePlus Protection Man |
| Average Wait Time | 1- 2 Minutes |
| Customer Service Email | support.in@oneplus.com |

Source: OnePlus Customer Service & Service Center Details - OnePlus Appliances & Mobile - Best Service Near Me (1stbestservice.com)

# OnePlus Chose Zendesk for its Global Omnichannel solution

Providing omnichannel support through a central solution has helped OnePlus adhere to its first response times and maintain consistently high CSAT ratings. Additionally, the team has achieved a one-touch resolution rate of 86 per cent. Agents are empowered to go beyond simply answering questions over the phone and instead develop relationships with customers, sometimes to the degree that customers will call and ask specifically to speak with an agent they already know.

Source: OnePlus Chose Zendesk for its Global Omnichannel solution - PCQuest

| | |
|---|---|
| | **Meet Zendesk AI**<br><br>AI is here to stay, but only Zendesk makes it easy to start. Better support, workflows and routing—right out of the box.<br><br>"We love Zendesk because their API allows us to explore ways to get customer data in front of agents in ways that create a smoother, more personalised experience."<br><br>Source: [Zendesk: Customer Service Software and Sales CRM \| Best in 2023 \| Zendesk India](#) |
| performing using an automated processor, based on at least the stored plurality of multivalue scalar data, an economic optimization | The OnePlus Customer Support Service system with intelligent routing performs, using an automated processor and based on at least the stored plurality of multivalued scalar data, an economic optimization. The optimization seeks to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, while at the same time considering an opportunity cost of the unavailability of the second entity as a result of the match.<br><br>For example, based on the required agent characteristics for handing the call and the respective characteristics of multiple call center agents, the OnePlus Customer Support Service system selects an |

| | |
|---|---|
| seeking to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, in conjunction with an opportunity cost of the unavailability of the second entity as a result of the match; and | appropriate agent for handling the call. This selection is made by making, for each of the multiple agents, a cost-benefit analysis of a prospective matching of the call with the particular agent. The cost-benefit for the prospective match is based, at least in part, on the required agent characteristics and the characteristics of the particular agent. This prospective match is mutually exclusive in the sense that the call is only assigned to the particular agent and the agent to this particular call for the duration of the call. Therefore, the cost-benefit analysis also accounts for the fact that the agent cannot handle other calls while handling this call. The agent associated with the prospective match that has the maximum benefit while considering the reduced costs, which is the so-called normalized economic surplus, is selected by the OnePlus Customer Support Service system to handle the call. <br><br>  <br><br> Source: Contact us (oneplus.com) |





Source: Live Chat - OnePlus (custhelp.com)

**OnePlus Customer Service**

| | |
|---|---|
| Customer Care Number | 1800 102 8411 (Toll Free) |
| Call Center Hours | 9:00 am – 9:00 pm, Mon to Sun |
| Navigate to a Human | Press1 for English, Press 2 for Hindi, Press 1 for OnePlus Mobile, Press 2 for OnePlus TVs, Press 3 for OnePlus Protection Man |
| Average Wait Time | 1- 2 Minutes |
| Customer Service Email | support.in@oneplus.com |

Source: OnePlus Customer Service & Service Center Details - OnePlus Appliances & Mobile - Best Service Near Me (1stbestservice.com)

# OnePlus Chose Zendesk for its Global Omnichannel solution

Providing omnichannel support through a central solution has helped OnePlus adhere to its first response times and maintain consistently high CSAT ratings. Additionally, the team has achieved a one-touch resolution rate of 86 per cent. Agents are empowered to go beyond simply answering questions over the phone and instead develop relationships with customers, sometimes to the degree that customers will call and ask specifically to speak with an agent they already know.

Source: OnePlus Chose Zendesk for its Global Omnichannel solution - PCQuest

17

## Meet Zendesk AI

AI is here to stay, but only Zendesk makes it easy to start. Better support, workflows and routing—right out of the box.

"We love Zendesk because their API allows us to explore ways to get customer data in front of agents in ways that create a smoother, more personalised experience."

Source: [Zendesk: Customer Service Software and Sales CRM | Best in 2023 | Zendesk India](#)

| | |
|---|---|
| outputting a signal in dependence on the optimization. | The OnePlus Customer Service system with intelligent routing outputs a signal in dependence on the optimization.<br><br>For example, the OnePlus Customer Service system generates and outputs a signal for connecting the call with the matched agent, whereby the exact nature of the signal depends on the matched agent, so as to connect that agent to the call. |



Source: Contact us (oneplus.com)





Source: Live Chat - OnePlus (custhelp.com)

**OnePlus Customer Service**

| | |
|---|---|
| Customer Care Number | 1800 102 8411 (Toll Free) |
| Call Center Hours | 9:00 am – 9:00 pm, Mon to Sun |
| Navigate to a Human | Press1 for English, Press 2 for Hindi, Press 1 for OnePlus Mobile, Press 2 for OnePlus TVs, Press 3 for OnePlus Protection Man |
| Average Wait Time | 1- 2 Minutes |
| Customer Service Email | support.in@oneplus.com |

Source: OnePlus Customer Service & Service Center Details - OnePlus Appliances & Mobile - Best Service Near Me (1stbestservice.com)

# OnePlus Chose Zendesk for its Global Omnichannel solution

Providing omnichannel support through a central solution has helped OnePlus adhere to its first response times and maintain consistently high CSAT ratings. Additionally, the team has achieved a one-touch resolution rate of 86 per cent. Agents are empowered to go beyond simply answering questions over the phone and instead develop relationships with customers, sometimes to the degree that customers will call and ask specifically to speak with an agent they already know.

Source: OnePlus Chose Zendesk for its Global Omnichannel solution - PCQuest

## Meet Zendesk AI

AI is here to stay, but only Zendesk makes it easy to start. Better support, workflows and routing—right out of the box.

"We love Zendesk because their API allows us to explore ways to get customer data in front of agents in ways that create a smoother, more personalised experience."

Source: Zendesk: Customer Service Software and Sales CRM | Best in 2023 | Zendesk India