IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PATENT ARMORY INC., <br><br> Plaintiff, <br> v. <br><br> ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD., <br><br> Defendant. | Case No.: 6:23-cv-00327-ADA |

**UNOPPOSED MOTION TO EXTEND TIME TO ANSWER AMENDED COMPLAINT**

Plaintiff Patent Armory, Inc. ("Plaintiff"), by and through its counsel, and subject to the Order of the Court, hereby moves to extend the time within which Defendant OnePlus Technology (Shenzhen) Co., Ltd. ("Defendant") may answer, move or otherwise respond to the Amended Complaint in this action to be extended up through and including October 19, 2023.

Good cause exists to extend the deadline. Patent Armory filed the Amended Complaint on June 24, 2023. Defendant's current deadline to respond to the Complaint is September 19, 2023. The parties have reached a settlement agreement in principle and are finalizing a settlement agreement after which the parties have agreed a voluntary dismissal with prejudice of this action will be filed. However, in view of the language differences between the parties, finalizing a settlement agreement will take some time. Counsel for Defendant conferred with counsel for Plaintiff, and Plaintiff does not oppose the requested 30-day extension.

The requested extension is not sought for any improper purpose and would not unduly prejudice any party to this suit. Accordingly, Plaintiff Patent Armory Inc. respectfully requests that the Court grant the requested extension and enter the Proposed Order submitted herewith.

Dated: September 14, 2023        Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
600 Mamaroneck Ave STE 400
Harrison, NY 10528
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Patent Armory Inc.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on September 14, 2023, via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff