IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PATENT ARMORY INC., <br><br> Plaintiff, <br><br> v. <br><br> ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD., <br><br> Defendant. | Case No.: 6:23-cv-00327-ADA |

**ORDER REGARDING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE AMENDED COMPLAINT**

The Court, after having read and considered Plaintiff Patent Armory Inc.'s unopposed motion for extension of time for Defendant OnePlus Technology (Shenzhen) Co., Ltd. ("Defendant") to answer, move or otherwise respond to the Amended complaint, hereby GRANTS the motion.

IT IS HEREBY ORDERED that Defendant OnePlus Technology (Shenzhen) Co., Ltd.'s time to move, answer, or otherwise respond to Plaintiff's Amended Complaint is extended up to and including October 19, 2023.

Dated: _____, 2023               _____

The Honorable Judge Alan D Albright