AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| Patent Armory Inc., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  6:23-cv-00327-ADA |
| OnePlus Technology (Shenzhen) Co., Ltd., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant OnePlus Technology (Shenzhen) Co., Ltd.,                                                                          .

Date:     09/19/2023

*Attorney's signature*

Abelino "Abel" Reyna, 24000087
*Printed name and bar number*

Patterson + Sheridan, LLP.
729 Washington Ave., Suite 200
Waco, Texas 76701

*Address*

areyna@pattersonsheridan.com
*E-mail address*

(254) 777-5248
*Telephone number*

(877) 777-8071
*FAX number*