UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Patent Armory Inc.,

vs.

Case No.: 6:23-cv-00327-ADA

OnePlus Technology (Shenzhen) Co., Ltd.,

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Tony V. Pezzano, counsel for OnePlus Technology (Shenzhen) Co., Ltd., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Tony V. Pezzano may appear on behalf of OnePlus Technology (Shenzhen) in the above case.

IT IS FURTHER ORDERED that Tony V. Pezzano, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of September _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE